# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| EDUARDO PENA AND § | |
| MARIA GARCIA § | |
| § | CIVIL ACTION NO. 7:17-cv-00027 |
| VS. § | |
| § | JURY DEMANDED |
| ALLSTATE VEHICLE AND § | |
| PROPERTY INSURANCE COMPANY § | |
| AND STEVEN YODER § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Eduardo Pena and Maria Garcia, and Defendant, Allstate Vehicle and Property Insurance Company and Steven Yoder, file this, the Parties' Agreed Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and would show the Court as follows:

1. On November 18, 2016, Plaintiffs, Eduardo Pena and Maria Garcia, sued Defendants.

2. Plaintiffs, Eduardo Pena and Maria Garcia move to dismiss their suit.

3. Defendant agrees to the dismissal of Eduardo Pena and Maria Garcia's claims

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for the dismissal of Eduardo Pena and Maria Garcia's case.

9. Plaintiffs have not previously dismissed any federal court or state court suit based on or including the same claims as those presented in this case.

10. This dismissal is *with* prejudice to re-filing.

Respectfully submitted,

*/s/ Ryan K. Haun (with permission)*
Ryan K. Haun
Attorney in Charge
Fed I.D. No.: 712457
State Bar No.: 24055634
3006 Brazos St.
Houston, Texas 77006
(713) 781-8600
(713) 781-8601 (fax)

Of Counsel:
HAUN MENA, PLLC
3006 Brazos St.
Houston, Texas 77006
(713) 781-8600
(713) 781-8601 (fax)

*/s/ Rosemary Conrad Sandoval*
Attorney in Charge
Fed. I.D. No. 13738
State Bar No. 04709300

Of Counsel:
ROERIG, OLIVEIRA & FISHER, LLP
10225 N. 10th Street
McAllen, TX 78504
(956) 393-6300
(956) 386-1625 Fax

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing document has been mailed, via electronic service, to the Attorney for Plaintiff, as follows:

Ryan K. Haun
HAUN MENA, PLLC
3006 Brazos St.
Houston, Texas 77006

on this 10th day of May, 2018.

*/s/ Rosemary Conrad-Sandoval*
ROSEMARY CONRAD-SANDOVAL