UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| EDUARDO PENA, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 7:17-CV-27 |
| § | |
| ALLSTATE VEHICLE AND PROPERTY § | |
| INSURANCE COMPANY, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER ON STIPULATION OF DISMISSAL

After considering the parties' stipulation of dismissal, (Dkt. No. 12), the Court GRANTS the stipulation and dismisses Plaintiffs, Eduardo Pena and Maria Garcia's claims asserted against Defendants, Allstate Vehicle and Property Insurance Company and Steven Yoder with prejudice.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that Court costs will be paid by the party incurring same.

SO ORDERED this 19th day of July, 2018, at McAllen, Texas.

_____
Randy Crane
United States District Judge